UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:21CR9-PPS/APR |
| ) | |
| ARNALDO MENDOZA-DELGADO, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Arnaldo Mendoza-Delgado's agreement to enter a plea of guilty to the sole charge of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 18.] Following a hearing on the record on March 10, 2021, Judge Rodovich found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. I further find that defendant's change of plea hearing could not be delayed without serious harm to the interests of justice. At Judge Rodovich's hearing, the parties waived objections to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Arnaldo Mendoza-Delgado's plea of guilty, to which any objections were waived, the Court hereby ADOPTS the findings and recommendation [DE 18] in their entirety.

Defendant Arnaldo Mendoza-Delgado is adjudged GUILTY of the sole charge of the indictment.

The sentencing hearing is set for April 30, 2021 at 1:00 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: March 18, 2021.

    /s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE